**NAING AUNG MON Petitioner**

v.

**Jefferson B. SESSIONS, III, Attorney General of the United States of America Respondent**

No. 16-4476

United States Court of Appeals, Eighth Circuit.

Submitted: September 7, 2017

Filed: September 15, 2017

Naing Aung Mon, Pro Se

Anthony John Messuri, Litigation Counsel, OIL, M. Jocelyn Lopez Wright, U.S. Department of Justice, Civil Division, Washington, DC, for Respondent

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.

PER CURIAM.

Naing Aung Mon, a native of Burma, petitions for review of an order of the Board of Immigration Appeals (BIA) up-

---

holding an immigration judge's (IJ's) decision to terminate a prior grant of deferral from removal under the Convention Against Torture (CAT). We lack jurisdiction, because the underlying removal order was based on the determination that Mon was removable due to his aggravated felony conviction, and he has not raised any constitutional claims or questions of law for review. See 8 U.S.C. § 1251(a)(2)(C)-(D) (criminal alien bar); Gallimore v. Holder, 715 F.3d 687, 690 (8th Cir. 2013) (applying criminal alien bar to order denying CAT deferral). The petition for review is dismissed for lack of jurisdiction.